# FRANK VIAN v. STATE.

No. A-5355. Opinion Filed Dec. 12, 1925.
(241 Pac. 1118.)

J. N. Roberson, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Frank Vian, plaintiff in error, was found guilty by a jury in the county court of Canadian county of the illegal possession of corn whisky, with his punish-

ment assessed by a jury at a fine of $250 and confinement in the county jail for six months. From the judgment on the verdict he appeals. Upon motion of the plaintiff in error, by his attorney of record, that this appeal be dismissed, for good cause shown, the motion is by the court sustained, and the appeal dismissed.